| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Jon D. Meer (SBN 144389)<br>jmeer@seyfarth.com |
| 3 | Michael Afar (SBN 298990)<br>mafar@seyfarth.com |
| 4 | Jared W. Speier (SBN 311751)<br>jspeier@seyfarth.com |
| 5 | 2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021 |
| 6 | Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| 7 | Attorneys for Defendants |
| 8 | HURLEY INTERNATIONAL, LLC; and<br>NIKE, INC. |
| 9 | (Additional counsel on following page) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA N. TINCHER, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>    Plaintiff(s),<br><br>  v.<br><br>HURLEY INTERNATIONAL, LLC, an Oregon limited liability company; NIKE, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-04104-R-JC<br><br>**JOINT STIPULATION AND NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION TO STAY ALL DATES AND DEADLINES PENDING APPROVAL OF SETTLEMENT; [PROPOSED] ORDER**<br><br>[Los Angeles County Superior Court; Case No. 19STCV08627]<br><br>Complaint Filed: March 14, 2019<br>FAC Filed: August 20, 2019 |

JOINT STIPULATION AND NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION TO STAY ALL DATES AND DEADLINES PENDING APPROVAL OF SETTLEMENT

59547881v.1

| | |
|---|---|
| 1 | DAVID G. SPIVAK (SBN 179684) |
| | david@spivaklaw.com |
| 2 | MARALLE MESSRELIAN (SBN 316974) |
| | maralle@spivaklaw.com |
| 3 | STEPHANIE GREENBERG (SBN 324335) |
| | stephanie@spivaklaw.com |
| 4 | THE SPIVAK LAW FIRM |
| | 16530 Ventura Blvd., Ste. 203 |
| 5 | Encino, CA 91436 |
| | Telephone (818) 582-3086 |
| 6 | Facsimile (818) 582-2561 |
| 7 | WALTER HAINES (SBN 71075) |
| | walter@uelglaw.com |
| 8 | UNITED EMPLOYEES LAW GROUP |
| | 5500 Bolsa Ave., Suite 201 |
| 9 | Huntington Beach, CA 92649 |
| | Telephone:  (562) 256-1047 |
| 10 | Facsimile:   (562) 256-1006 |
| 11 | Attorneys for Plaintiff |
| | JENA N. TINCHER and all others |
| 12 | similarly situated |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION AND NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION TO STAY ALL DATES AND DEADLINES PENDING APPROVAL OF SETTLEMENT

59547881v.1

1  Plaintiff Jena N. Tincher ("Plaintiff") and Defendants Hurley International, LLC and Nike, Inc. ("Defendants") (collectively, the "Parties") hereby submit this Joint Stipulation and Notice of Class Action Settlement to inform the Court that the Parties have reached a settlement of all claims for the above-captioned class action matter. Given that the Parties have reached a settlement, the Parties also stipulate to and respectfully request that the Court stay all pending case dates and deadlines, subject to approval of the settlement.

The Parties jointly stipulate as follows:

1. The Parties are currently finalizing the long-form stipulation and settlement agreement.

2. The Parties will file a Motion for Preliminary Approval of Class Action Settlement within 60 days.

3. All pending deadlines and dates on calendar for this matter, including the November 4, 2019 hearing date for Plaintiff's Motion for Class Certification and corresponding briefing schedule, will be taken off calendar and stayed pending the Court's approval of the class action settlement.

**IT IS SO STIPULATED.**

DATED: October 7, 2019                SEYFARTH SHAW LLP

                                       By: */s/ Michael Afar*
                                           Jon Meer
                                           Michael Afar

                                       Attorneys for Defendants
                                       HURLEY INTERNATIONAL, LLC and NIKE, INC.

DATED: October 7, 2019                THE SPIVAK LAW FIRM

                                       By: */s/ David Spivak*
                                           David Spivak

                                           Stephanie Greenberg
                                       Attorneys for Plaintiff
                                       JENA N. TINCHER