1  DAVID G. SPIVAK (SBN 179684)
       david@spivaklaw.com
2  CAROLINE TAHMASSIAN (SBN 285680)
       caroline@spivaklaw.com
3  THE SPIVAK LAW FIRM
4  16530 Ventura Blvd., Ste 203
5  Encino, CA 91436
6  Telephone (818) 582-3086
   Facsimile (818) 582-2561
7

8  Attorneys for Plaintiff,
   JENA N. TINCHER, and all others similarly situated
9  (additional attorneys listed on next page)

10

11  **UNITED STATES DISTRICT COURT**

12  **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| JENA N. TINCHER, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>HURLEY INTERNATIONAL, LLC, an Oregon limited liability company; NIKE, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 2:19-cv-04104-JW-JCx<br><br>*[Assigned to Hon. George H. Wu]*<br><br>**NOTICE OF JOINT MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action Filed:    03/14/2019<br>Hearing Date:    09/24/2020<br>Hearing Time:    8:30 a.m.<br>Hearing Location:    9D<br><br>***Submitted Herewith Under Separate Cover***<br>  1.  Memorandum of Points and Authorities;<br>  2.  Declarations of David Spivak, and Emilio Cofinco; and<br>  3.  [Proposed] Order. |

1



SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

*Tincher v. Hurley International, LLC, et al.*        Notice of Joint Motion and Motion for Final Approval of Class Action Settlement

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ADDITIONAL ATTORNEY FOR PLAINTIFF**

WALTER HAINES (SBN 71075)
        walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone:   (562) 256-1047
Facsimile:    (562) 256-1006

SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

2

*Tincher v. Hurley International, LLC, et al.*            Notice of Joint Motion and Motion for Final Approval
of Class Action Settlement

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 24, 2020 at 8:30 a.m. or as soon thereafter as the matter may be heard, in Courtroom 9D of the above-entitled court, located at the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Plaintiff Jena N. Tincher ("Plaintiff") and Defendants Hurley International, LLC and Nike, Inc. ("Defendants") will and hereby do jointly move this Court for an order: (1) finally approving the Joint Stipulation of Class Action Settlement and Release of Claims ("Settlement"); (2) confirming the certification of the Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David Spivak of The Spivak Law Firm and Walter Haines of United Employees Law Group as Class Counsel; (4) confirming the appointment of Plaintiff as class representative; and (5) granting final approval to an allocation of $4,000 for claims for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, *et seq.* ("PAGA Payment"), of which $3,000 will be paid to the Labor and Workforce Development agency ("LWDA") and $1,000 of which will be included within the Net Settlement Amount to be made available for distribution to Settlement Class Members; and (6) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

"Class Members" are all current and former non-exempt, hourly employees working at Hurley retail stores California between March 14, 2015 through May 13, 2020.

This Motion is made on the following grounds that: (1) the Class meets all the requirements for class certification for settlement purposes only under Federal Rule of Civil Procedure 23; (2) Plaintiff and her counsel are adequate to represent the Class for settlement purposes only as required by Rule 23(a)(4) and (g); (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed

3



SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

*Tincher v. Hurley International, LLC, et al.*

Notice of Joint Motion and Motion for Final Approval of Class Action Settlement

1  claims in view of Defendants' potential liability exposure as compared against the

2  risks of continued litigation; (4) the notice process performed by the Settlement

3  Administrator comports with all relevant due process requirements and Rule

4  23(c)(2)(B) requirements; and (5) based on the foregoing, the [Proposed] Final

5  Approval Order and Final Judgment submitted herewith should be entered.

6       The Motion is based on this Notice of Motion and Motion, the attached

7  Memorandum of Points and Authorities and the Declarations of David Spivak and

8  Emilio Cofinco, all papers and pleadings on file with the Court in this action, all

9  matters judicially noticeable, and on such oral and documentary evidence as may

10  be presented in connection with the hearing on the Motion.

11       Respectfully submitted,

12

13                  THE SPIVAK LAW FIRM

14

15  Dated: August 27, 2020        By_/s/David Spivak_____

16                  DAVID SPIVAK
                CAROLINE TAHMASSIAN

17                  Attorneys for Plaintiff, JENA N.
                TINCHER, and all others similarly

18                  situated

19

20

21  Dated: August 27, 2020        By/s/ Michael Afar (authorized on 8/25/20)

22                  JON MEER
                MICHAEL AFAR

23                  JARED W. SPEIER

24                  Attorneys for Defendants

25

26

27

28



SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

4

*Tincher v. Hurley International, LLC, et al.*       Notice of Joint Motion and Motion for Final Approval
                                        of Class Action Settlement